IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 0:23-cv-60142-CMA

MA'KHIA BRIDGES-LOVE,

        Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES, LLC,
TRANSUNION, LLC, NAVY FEDERAL CREDIT
UNION, and DISCOVER BANK,

        Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE OF TRANS UNION LLC

    Plaintiff Ma'Khia Bridges-Love and Defendant Trans Union LLC have announced to the Court that all matters in controversy against Trans Union LLC have been resolved. A Stipulation of Dismissal with Prejudice of Trans Union LLC has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice of Trans Union LLC, the Court makes and delivers the following ruling:

    IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff Ma'Khia Bridges-Love against Defendant Trans Union LLC are in all respects dismissed with prejudice to the refiling of same, with court costs and attorneys' fees to be paid by the party incurring same.

DATED this _____ day of _____, 2023.

                                  **HONORABLE CECILIA M. ALTONAGA**
                                  UNITED STATES DISTRICT JUDGE

6517027.1